RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/13/05
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ISAIAH J. SAMPSON | CIVIL ACTION NO. 05-0016 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| WARDEN | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION

Before the Court for Report and Recommendation is a Petition for Writ of Habeas Corpus filed by Isaiah J. Sampson ("Petitioner"). On June 7, 2005, the undersigned recommended that Sampson's Petition be dismissed without prejudice for failure to exhaust state court proceedings. The district judge declined to adopt the Report and Recommendation in order to allow Petitioner an opportunity to clarify the nature and status of his pending state court petition for post-conviction relief and the status of his complaint pending before the Louisiana Office of Disciplinary Counsel. (Doc. #9.)

Therefore, the undersigned issued an order on July 14, 2005, ordering Petitioner to provide this Court with a copy of his pending state court petition for post-conviction relief within twenty (20) days. Furthermore, Petitioner was ordered to advise the Court, within that time frame, the current status of his state court petition as well as the current status of his complaint pending before the Office of Disciplinary Counsel.

Approximately ninety (90) days has elapsed since the Court's

order, and the petitioner has failed to comply in whole or in part with that order. Therefore, the undersigned again recommends that Petitioner's Petition for Writ of Habeas Corpus be DISMISSED WITHOUT PREJUDICE.

## Objections

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 13th day of October, 2005.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE