UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ISAIAH J. SAMPSON | CIVIL ACTION NO. 05-0016-A |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| WARDEN, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the findings and recommendation in the record;

IT IS ORDERED that Plaintiff's Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 28th day of November, 2005, in Alexandria, Louisiana

Dee D. Drell
United States District Judge